I100-B000-E005

Payor: LENSENDRO LAGUERRE

    26 Broad st apt 4

    Norwalk, Connecticut

    06851

*Exhibit 1*

Payee: BERKSHIRE BANK

    60 State Street

    38th Floor

    Boston, MA

    02109

## COVER LETTER

I, Laguerre Lensendro, hereby accept all titles, all rights, all interests, and guaranteed equity associated with **Application # 689487**

I hereby give tender [accompanied herewith] for the above-referenced application and instruct CFO to:

1. Apply this tender to satisfy the demand associated with Application # 689487
2. Complete this process within three (3) business days after receipt of this notice.
3. Or communicate in writing within three (3) business days of receipt of this notice if there are any discrepancies or issues requiring clarification.

If no communication is received within the specified timeframe, I will consider this matter resolved and the instructions above completed in full.

Thank you for your prompt attention to this matter.

*[Signature: Laguerre Lensendro]*

1/17/2025