I100-B000-E005

## INTERNATIONAL BILL OF EXCHANGE

federal reserve act section 401 security, bill of exchange, legal tender a united states government
obligation, as authorized by statute

Payor: LENSENDRO LAGUERRE

    26 Broad st apt 4

    Norwalk, Connecticut

    06851

*Exhibit 2*

Payee: BERKSHIRE BANK

    60 State Street

    38th Floor

    Boston, MA

    02109

| 1/17/2025 |
|---|

PAY TO THE ORDER OF: <u>BERKSHIRE BANK</u>

AMOUNT TENDERED: <u>ONE MILLION DOLLARS</u>

| $1,000,000 |
|---|

<u>Payable on demand</u>

Without recourse