

Lensendro Laguerre <llensendro@gmail.com>

## Berkshire Bank Loan Application

**Foster, Rachael** <RFoster@berkshirebank.com>  
To: LLENSENDRO@GMAIL.COM <LLENSENDRO@gmail.com>

Tue, Jan 21 at 9:34 AM

Good morning,

The product you applied for is an unsecured product and has a maximum loan amount of $50,000.

What would you be looking to use as collateral?

What are you looking to use these funds for?

How do you plan to pay back this loan being a student and only have an income of $600/month?

Please provide authorization to pull your credit report if you would like to proceed. It did not pull when the application was entered.

Thank you!

Rachael

*Exhibit 3*

*Pg 1*

**Rachael Foster**  
Sr. Credit Underwriter – Consumer Lending CNY  
  
**P** 315-413-7600 • **F** 315-362. 5657  
rfoster@berkshirebank.com

www.berkshirebank.com

**Be FIRST** in Everything You Do

  

IMPORTANT: E-mail sent through the Internet is not secure. Berkshire Bank therefore recommends that you do not send any confidential or sensitive information to us via electronic mail, including account numbers, or any Personal Identifiable Information (PII). The information contained in this Email message is intended only for the personal and confidential use of the designated recipients named above. If the reader of this message is not the intended recipient or an agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error, and that any review, dissemination, distribution or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone at 800-773-5601.



Lensendro Laguerre <llensendro@gmail.com>

---

**Berkshire Bank Loan Application**

---

**Lensendro Laguerre** <llensendro@gmail.com>  Tue, Jan 21 at 1:47 PM
To: Foster, Rachael <RFoster@berkshirebank.com>

Thank you for your response but i want to be clear, I dont want a $50,000 extension I want what i applied for which is $1,000,000. I dont know how you are going to make it happen but it is not for $50,000. The advance will be in the sum of $1,000,000.

Is that understood?
[Quoted text hidden]

Exhibit 3
Pg 2

 Lensendro Laguerre <llensendro@gmail.com>

## Berkshire Bank Loan Application
10 messages

**Foster, Rachael** <RFoster@berkshirebank.com>    Tue, Jan 21 at 2:07 PM
To: Lensendro Laguerre <llensendro@gmail.com>

I will cancel this application then as we do not have a loan product that allows for the loan amount you are looking for.

Thank you,

*Exhibit 3 Pg 3*

**Rachael Foster**
Sr. Credit Underwriter – Consumer Lending CNY



P 315-413-7600 • F 315-362. 5657
rfoster@berkshirebank.com

www.berkshirebank.com

**Be FIRST** in Everything You Do



**From:** Lensendro Laguerre <llensendro@gmail.com>
**Sent:** Tuesday, January 21, 2025 1:48 PM
**To:** Foster, Rachael <RFoster@berkshirebank.com>
**Subject:** Re: Berkshire Bank Loan Application

---

**This Message Is From an Untrusted Sender**

CAUTION: Do not click links or open attachments unless you recognize the sender and know the content is safe. You have not previously corresponded with this sender.

---

Thank you for your response but i want to be clear, I dont want a $50,000 extension I want what i applied for which is $1,000,000. I dont know how you are going to make it happen but it is not for $50,000. The advance will be in the sum of $1,000,000.

Is that understood?

On Tue, Jan 21, 2025 at 9:34 AM Foster, Rachael <RFoster@berkshirebank.com> wrote:

> Good morning,
>
> The product you applied for is an unsecured product and has a maximum loan amount of $50,000.
>
> What would you be looking to use as collateral?
>
> What are you looking to use these funds for?
>
> How do you plan to pay back this loan being a student and only have an income of $600/month?
>
> Please provide authorization to pull your credit report if you would like to proceed. It did not pull when the application was entered.
>
> Thank you!
>
> Rachael
>
> **Rachael Foster**
> Sr. Credit Underwriter – Consumer Lending CNY
>
> 
>
> P 315-413-7600 • F 315-362. 5657
> rfoster@berkshirebank.com
>
> www.berkshirebank.com
>
> **Be FIRST** in Everything You Do
>
>   
>
> ---
>
> IMPORTANT: E-mail sent through the Internet is not secure. Berkshire Bank therefore recommends that you do not send any confidential or sensitive information to us via electronic mail, including account numbers, or any Personal Identifiable Information (PII). The information contained in this Email message is intended only for the personal and confidential use of the designated recipients named above. If the reader of this message is not the intended recipient or an agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error, and that any review, dissemination, distribution or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone at 800-773-5601.



Pg 4

---

**Lensendro Laguerre** <llensendro@gmail.com>  Tue, Jan 21 at 2:51 PM
To: Foster, Rachael <RFoster@berkshirebank.com>

Ok then well what do u have?
[Quoted text hidden]

---

**Lensendro Laguerre** <llensendro@gmail.com>  Tue, Jan 21 at 2:54 PM
To: Foster, Rachael <RFoster@berkshirebank.com>

Maybe we can come to a meeting ground

**Foster, Rachael** <RFoster@berkshirebank.com>  
To: Lensendro Laguerre <llensendro@gmail.com>

Tue, Jan 21 at 2:55 PM

We offer term loans (flex loans as described below) or a Power Line of Credit (what you applied for) that has a maximum loan amount of $50,000.

*Exhibit 3 Pg 5*



**Rachael Foster**
Sr. Credit Underwriter – Consumer Lending CNY



**P** 315-413-7600 • **F** 315-362. 5657
rfoster@berkshirebank.com

www.berkshirebank.com

**Be FIRST** in Everything You Do



**From:** Lensendro Laguerre <llensendro@gmail.com>
**Sent:** Tuesday, January 21, 2025 2:52 PM
**To:** Foster, Rachael <RFoster@berkshirebank.com>
**Subject:** Re: Berkshire Bank Loan Application

**Lensendro Laguerre** <llensendro@gmail.com>  Tue, Jan 21 at 3:04 PM
To: Foster, Rachael <RFoster@berkshirebank.com>

Ok when i applied your website did not prevent me from going above 50 or 100k which would have a reasonable person to believe that they can go above the amount which you've suggested. Do u not issue loans for over 100k what about when someone is trying to buy a house? Are u going to say "hey dont buy a house over 100k" we cannot help you if attempt to do so." Do u see my point?

Tha
[Quoted text hidden]

---

**Foster, Rachael** <RFoster@berkshirebank.com>  Tue, Jan 21 at 3:09 PM
To: Lensendro Laguerre <llensendro@gmail.com>

The system does not allow us to stop you from entering any amount when you apply but when you click on the page for the line of credit, it states loan amounts $5,000- $50,000. Again, you applied for an unsecured loan product that has maximum loan amounts. Loans to purchase a house would be a mortgage which is an entirely different type of loan and requirements and has a completely separate area on our website.



Pg 6

To: Foster, Rachael <RFoster@berkshirebank.com>

I see mortgages require collateral which is the house the person is going to buy. But for unsecured loans you'se are unwilling to extend so much credit without guarantees I see, you are saying u need collateral in order to extend such substantial amount of credit.
[Quoted text hidden]

---

**Foster, Rachael** <RFoster@berkshirebank.com>  Tue, Jan 21 at 3:18 PM
To: Lensendro Laguerre <llensendro@gmail.com>

Correct.

*Exhibit Pg 7*

**Rachael Foster**
Sr. Credit Underwriter – Consumer Lending CNY



**P** 315-413-7600 • **F** 315-362. 5657
rfoster@berkshirebank.com

www.berkshirebank.com

**Be FIRST** in Everything You Do



**From:** Lensendro Laguerre <llensendro@gmail.com>
**Sent:** Tuesday, January 21, 2025 3:16 PM
**To:** Foster, Rachael <RFoster@berkshirebank.com>
**Subject:** Re: Berkshire Bank Loan Application

[Quoted text hidden]

---

**Lensendro Laguerre** <llensendro@gmail.com>  Tue, Jan 21 at 4:18 PM
To: Foster, Rachael <RFoster@berkshirebank.com>

Thank you for clarifying, from the outset, I understood that you would need collateral to extend me such amount in credit. Hence why i delivered chattel to your to your headquarters. According to USPS tracking records (Tracking Number: 9589071052702128094883), the package was delivered to the **front desk/mail room at 60 State Street,m, Boston, MA 02109** on **January 21, 2025, at 1:11 PM**.
Please contact them and verify my package arrived, within you will find collateral equal to the advance i require. I've attached proof herein.

let me know what the next steps are!

cheers,
[Quoted text hidden]
IMG_2093.png, IMG_2092.png

---

**Lensendro Laguerre** <llensendro@gmail.com>  Thu, Jan 23 at 3:39 PM



Pg 8

**Rachael Foster**
Sr. Credit Underwriter – Consumer Lending CNY



**P** 315-413-7600 • **F** 315-362. 5657
rfoster@berkshirebank.com

www.berkshirebank.com

**Be FIRST** in Everything You Do



---

**From:** Lensendro Laguerre <llensendro@gmail.com>
**Sent:** Tuesday, January 21, 2025 3:04 PM
**To:** Foster, Rachael <RFoster@berkshirebank.com>
**Subject:** Re: Berkshire Bank Loan Application

[Quoted text hidden]

---

Lensendro Laguerre <llensendro@gmail.com>                                    Tue, Jan 21 at 3:15 PM

Follow-Up on Collateral and Application #689487

Hi Rachel,

I hope this message finds you well. I wanted to follow up on my previous email regarding Application #689487 and the collateral that was tendered to your headquarters. As mentioned earlier, it was delivered to the front desk/mail room on January 21, 2025, at 1:11 PM (USPS Tracking Number: 9589071052702128094883).

The reason I was so eager to proceed with your organization is the possibility of having funds made available as early as the next business day after submitting an application. It seems you have everything required to facilitate the extension of credit, yet I haven't received a response from you.

May I kindly ask if you have reached out to your headquarters regarding the collateral? If there's anything else you need from me to move this process forward, please don't hesitate to let me know. I would be happy to assist in any way to make this process as smooth and quick as possible.

Additionally, if you have any questions or require clarification on any part of the application or collateral, I am more than willing to address those promptly.

Thank you for your attention to this matter. I look forward to hearing back from you soon so we can move forward.

[Quoted text hidden]

*Exhibit 3*

*Pg 9*