Exhibit 4

Berkshire Bank
66 West Street P.O. Box 1308
Pittsfield, MA 01201-1308
1-800-773-5601



**NOTICE OF ADVERSE ACTION
CREDIT DENIAL, TERMINATION OR CHANGE**

This is a multi-purpose form. Only those headings with data entered apply to your request.
Words or phrases preceded by a ☐ are applicable only if the ☐ is marked, e.g., ☒.

| Applicant Name and Address (called you) | Description of Account, Transaction, or Requested Credit |
|---|---|
| LENSENDRO LAGUERRE<br>26 BROAD ST APARTMENT 4<br>NORWALK, CT 06851 | **PERSONAL LINE OF CREDIT** |

| | | |
|---|---|---|
| Account Number<br>**689487** | Date<br>**01/23/2025** | |
| Dollar Amount of Request (if any)<br>**1,000,000.00** | Date of Your Request (if any)<br>**1/17/2025** | |

☐ We are unable to process your application because we require the following information to make a decision:

If we do not receive this information by _____ we will be unable to give further consideration to your request.

## DESCRIPTION OF ACTION TAKEN

DECLINED

## PRINCIPAL REASON(S) FOR CREDIT DENIAL, TERMINATION, OR OTHER ACTION TAKEN

- CREDIT APPLICATION INCOMPLETE

## COUNTER OFFER

☐ We are unable to extend credit on the terms you requested but can offer credit on the following terms:

To accept this counter offer you must notify us no later than _____ at the address or phone number listed.

## DISCLOSURE OF USE OF INFORMATION OBTAINED FROM AN OUTSIDE SOURCE

☐ OUTSIDE SOURCE: The Lender's action(s) were based in whole or in part on information obtained from an outside source other than a reporting agency. Under the Fair Credit Reporting Act, you have the right to make a written request to the Lender no later than 60 days after receipt of this notice for disclosure of the nature of this information.

☐ CONSUMER REPORTING AGENCY: The Lender's actions were based in whole or in part on information obtained in a report from the Consumer Reporting Agency(s) listed below. The reporting agency played no part in the Lender's actions and is unable to supply specific reasons for our action(s). You have a right under the Fair Credit Reporting Act to know the information contained in your file at the consumer reporting agency. Under the Fair Credit Reporting Act, you have a right to write or call the reporting agency and obtain a free copy of your consumer credit report within 60 days of the date of this notice. If you believe the information in your consumer credit report is inaccurate or incomplete, you have the right to dispute any incorrect information by contacting the reporting agency and adding a statement to your credit file related to the disputed information.

| ☐ Equifax | ☐ Experian | ☐ TransUnion-Consumer |
|---|---|---|
| P.O. BOX 740241 | 701 Experian Parkway | 2 Baldwin Place |
| ATLANTA, GA 30374-0241 | P.O. Box 2002 | P.O. Box 1000 |
| 1-800-685-1111 | Allen, TX 75013 | Chester, PA 19022 |
| www.equifax.com | 1-888-397-3742 | 1-800-888-4213 |
| | www.experian.com/reportaccess | www.transunion.com/myoptions |

☐ We also obtained your credit score from the consumer reporting agency(ies) above and used it in making our credit decision. Your credit score is a number that reflects the information in your credit report. Your credit score can change, depending on how the information in your credit report changes.

Your credit score: _____ Date: _____ Scores range from a low of _____ to a high of _____

Key factors that adversely affected your credit score:

If you have any questions regarding your credit score, you should contact:

**NOTICE:** The Federal Equal Credit Opportunity Act prohibits creditors from discriminating against credit applicants on the basis of race, color, religion, national origin, sex, marital status, age (provided the applicant has the capacity to enter into a binding contract); because all or part of the applicants income derives from any public assistance program; or because the applicant has in good faith exercised any right under the Consumer Credit Protection Act. The federal agency that administers compliance with this law concerning this
**Bureau of Consumer Financial Protection, 1700 G Street NW, Washington, DC 20006**