4:00

*Exhibit 5*

**Tracking Number:**   Remove ✕

# 9589071052702128094883

📋 Copy    🏃 Add to Informed Delivery

**Latest Update**

Your item was delivered to the front desk, reception area, or mail room at 1:11 pm on January 21, 2025 in BOSTON, MA 02109.

**Get More Out of USPS Tracking:**

📖 USPS Tracking Plus®

✓ **Delivered**
**Delivered, Front Desk/Reception/Mail Room**

BOSTON, MA 02109
January 21, 2025, 1:11 pm

See All Tracking History

What Do USPS Tracking Statuses Mean?

**Text & Email Updates**    ⌄

**USPS Tracking Plus®**    ⌄

🔒 tools.usps.com — Private

**USPS TRACKING #**

9590 9402 9133 4225 8864 47

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

United States Postal Service

* Sender: Please print your name, address, and ZIP+4® in this box*

Laguerre Lensendro
26 Broad apt 4
Norwalk CT
06851

---

**COMPLETE THIS SECTION ON DELIVERY**

SENDER: COMPLETE THIS SECTION
- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Berkshire Bank
60 State street
38th Floor
Boston MA 02109

9590 9402 9133 4225 8864 47

2. Article Number (Transfer from service label)
1589 0710 5270 2128 0948 83

A. Signature
X [signature] ☐ Agent ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery
                                  1/21

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:      ☐ No

JAN 21 2025

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053    Domestic Return Receipt

Exhibit 6